Certificate Number: 03088-NJ-DE-039912096

Bankruptcy Case Number: 25-16377



03088-NJ-DE-039912096

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2025, at 10:19 o'clock AM CDT, Deborah Ann Hager completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 27, 2025

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor