Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−16377−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James N. Hager<br>57 Stanford Drive<br>Hazlet, NJ 07730 | Deborah Ann Hager<br>aka Debbie Hager<br>57 Stanford Drive<br>Hazlet, NJ 07730 |

Social Security No.:
  xxx−xx−8883                            xxx−xx−2433

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 9, 2025.

Dated: September 9, 2025
JAN: wiq

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16377-CMG |
| James N. Hager | Chapter 13 |
| Deborah Ann Hager | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: plncf13 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James N. Hager, Deborah Ann Hager, 57 Stanford Drive, Hazlet, NJ 07730-2313 |
| 520790078 | + | Mariner Finance, 8110 Corporate Drive, Nottingham, MD 21236-5034 |
| 520695814 | | State of NJ Div of Tax, Att: Compliance & Enforcement - Bkcy, 50 Barrack St, 9th Floor, PO Box 112, Trenton, NJ 08695-0269 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520695807 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 20:56:47 | Capital One, Att: Bankruptcy Unit, Box 85167, Richmond, VA 23285-5167 |
| 520695808 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 09 2025 20:57:44 | Capital One Auto Finance, 3901 Dallas Pkwy, PO Box 260848, Plano, TX 75026-0848 |
| 520701500 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2025 20:57:41 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520766141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2025 20:57:40 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520695809 | ^ | MEBN | Sep 09 2025 20:43:30 | Credit One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520788342 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2025 20:47:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520695810 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2025 20:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520695811 | ^ | MEBN | Sep 09 2025 20:42:10 | KML Law Group PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 520800904 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 09 2025 20:46:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520695812 | + | Email/Text: netcreditbnc@enova.com | Sep 09 2025 20:47:30 | Net Credit Loan, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 520784213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2025 21:11:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: plncf13 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk, VA 23541 |
| 520782376 | Email/Text: bnc-quantum@quantum3group.com | | Sep 09 2025 20:47:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520784255 | Email/PDF: resurgentbknotifications@resurgent.com | | Sep 09 2025 21:11:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520782470 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Sep 09 2025 20:46:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520695813 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Sep 09 2025 20:47:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Joint Debtor Deborah Ann Hager brumellawecf@gmail.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Debtor James N. Hager brumellawecf@gmail.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 5