Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-16377 / CMG**

James N. Hager
Deborah Ann Hager

Petition Filed Date: 06/17/2025
341 Hearing Date: 07/17/2025
Confirmation Date: 09/03/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $750.00 | | 09/10/2025 | $750.00 | | 10/06/2025 | $850.00 | |
| 10/31/2025 | $850.00 | | 12/12/2025 | $850.00 | | 01/09/2026 | $850.00 | |

**Total Receipts for the Period:  $4,900.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | James N. Hager | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2024 TAX PERIOD | Priority Crediors | $486.85 | $0.00 | $486.85 |
| 2 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $7.21 | $0.00 | $7.21 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 2021 HONDA PILOT | Debt Secured by Vehicle | $30.00 | $0.00 | $30.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY MASTERCARD | Unsecured Creditors | $3,274.39 | $0.00 | $3,274.39 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2024 | Priority Crediors | $60.09 | $0.00 | $60.09 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2021 | Unsecured Creditors | $1,446.30 | $0.00 | $1,446.30 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $641.37 | $0.00 | $641.37 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $4,786.81 | $0.00 | $4,786.81 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $213.78 | $0.00 | $213.78 |
| 10 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $713.43 | $0.00 | $713.43 |
| 11 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/57 STANDFORD DRIVE/1ST MTG/ORDER 8/21/25 | Mortgage Arrears | $32,771.71 | $233.59 | $32,538.12 |
| 12 | MARINER FINANCE | Unsecured Creditors | $5,203.56 | $0.00 | $5,203.56 |

**Chapter 13 Case No. 25-16377 / CMG**

| 13 | NJ TURNPIKE AUTHORITY | Unsecured Creditors | $529.83 | $0.00 | $529.83 |
|----|-----------------------|---------------------|---------|-------|---------|
|    | »» UNPAID TOLLS & ADMIN CLAIMS | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,900.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $3,733.59 | Current Monthly Payment: | $850.00 |
| Paid to Trustee: | $379.10 | Arrearages: | $100.00 |
| Funds on Hand: | $787.31 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

